**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HELDER PEIXOTO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRANS UNION LLC, and | ) |
| HARRY GAMBILL | ) |
| | ) |
| Defendants. | ) |

C.A. No: 1:04-cv-10437-JLT

## ANSWER OF DEFENDANT, TRANS UNION LLC

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, Answers

Plaintiff's Complaint as follows:

Trans Union denies violating the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* (the

"FCRA") or other law.

### JURISDICTION

Trans Union does not contest jurisdiction of this Court.

### PARTIES

Denies the allegations as conclusions of law. Trans Union admits it is a "consumer

reporting agency" as defined by the FCRA.

No responsive pleading required for allegations directed toward co-defendant Harry

Gambill.

### ALLEGATIONS

Trans Union denies failing to furnish consumer file disclosures in violation of §1681g,

failing to follow reasonable procedures to assure consumer reports are furnished for permissible

purposes in violation of §1681e(a), or otherwise violating the FCRA or other law with respect to

Plaintiff. Trans Union further denies Plaintiff's allegations as conclusions of law for which no responsive pleading is required.

No responsive pleading required for allegations directed toward co-defendant Harry Gambill.

WHEREFORE, Defendant Trans Union LLC demands judgment dismissing Plaintiff's complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

## FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant TransUnion has, at all material times with respect to plaintiff, acted in good faith and complied fully with the FCRA and relevant state laws.

## THIRD AFFIRMATIVE DEFENSE

Based upon the averments upon which Plaintiff's claim is made, defendant TransUnion is immune from suit under the FCRA.

## FOURTH AFFIRMATIVE DEFENSE

Any harm suffered by Plaintiff was not caused by any act or omission of defendant Trans Union.

## FIFTH AFFIRMATIVE DEFENSE

Any harm suffered by Plaintiff was caused by Plaintiff's own conduct or the conduct of third parties over which Trans Union has no control or authority.

## SIXTH AFFIRMATIVE DEFENSE

With respect to Plaintiff, Trans Union's conduct and the alleged communications were entirely privileged and/or true.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of laches, unclean hands, waiver and estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

The claims contained in the complaint, which seek to recover punitive damages, violate the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the Constitution of the United States of America.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitations

## TENTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed for insufficient service of process.

## ELEVENTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed for insufficient process.

## TWELFTH AFFIRMATIVE DEFENSE

Trans Union reserves the right to raise additional defenses it learns through the course of discovery.

WHEREFORE, Defendant Trans Union LLC demands judgment dismissing Plaintiff's complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

Respectfully Submitted,

Mardic Marashian, Esq. (BBO#548607)
BONIN & MARASHIAN
77 Franklin Street, 4th Floor
Boston, MA 02110-1510
(617) 723-2525

*Of Counsel:*

Mark E. Kogan
Bruce S. Luckman
Timothy P. Creech
SATZBERG, TRICHON,
  KOGAN & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688

*Counsel for Defendant,*
*Trans Union LLC*

DATED:      March 24, 2004