IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELDER PEIXOTO<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, and<br>HARRY GAMBILL<br><br>　　　　　　　　　Defendants. | C.A. No: 1:04-cv-10437-JLT |

### AFFIDAVIT OF TIMOTHY P. CREECH IN
### SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

The undersigned, being duly sworn according to law, deposes and states the following:

1.　　I am Timothy P. Creech, an associate in the law firm of Satzberg, Trichon, Kogan & Wertheimer, P.C., in Philadelphia, Pennsylvania. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent defendant, Trans Union LLC ("Trans Union") in this lawsuit.

2.　　I am admitted and licensed to practice law by the Commonwealth of Pennsylvania and the State of New Jersey and I am admitted before the United States Federal Courts for the Eastern District of Pennsylvania, District of New Jersey and the Eastern, Southern and Northern Districts of New York.

3.　　Since my admission to these bars, I have been and remain a member in good standing thereof. I have never been sanctioned or disciplined by any Bar or State Supreme Court.

4.　　I have read and am familiar with the rules of this court.

*[signature]*
TIMOTHY P. CREECH
SATZBERG, TRICHON,
 KOGAN & WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699
(215) 575-7600
(215) 575-7640 fax

SWORN TO AND SUBSCRIBED
before me this 10th day of
May, 2004.

*[signature]*
NOTARY PUBLIC

```
         Notarial Seal
   Mary E. Mattox, Notary Public
City of Philadelphia, Philadelphia County
  My Commission Expires June 16, 2005
Member, Pennsylvania Association of Notaries
```