IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELDER PEIXOTO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANS UNION LLC, and )<br>HARRY GAMBILL )<br>)<br>Defendants. ) | C.A. No: 1:04-cv-10437-JLT |

**AFFIDAVIT OF BRUCE S. LUCKMAN IN
SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

The undersigned, being duly sworn according to law, deposes and states the following:

1. I am Bruce S. Luckman, a shareholder in the law firm of Satzberg, Trichon, Kogan & Wertheimer, P.C., in Philadelphia, Pennsylvania. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent defendant, Trans Union LLC ("Trans Union") in this lawsuit.

2. I am admitted and licensed to practice law by the Commonwealth of Pennsylvania and the State of Connecticut and I am admitted before the United States Federal Courts for the Eastern District of Pennsylvania, District of Connecticut and the Eastern, Southern and Northern Districts of New York.

3. Since my admission to these bars, I have been and remain a member in good standing thereof. I have never been sanctioned or disciplined by any Bar or State Supreme Court.

4.   I have read and am familiar with the rules of this court.

_/s/ BSL_
BRUCE S. LUCKMAN
SATZBERG, TRICHON,
 KOGAN & WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699
(215) 575-7600
(215) 575-7640 fax

SWORN TO AND SUBSCRIBED
before me this 10th day of
May, 2004.


_Mary E. Mattox_
NOTARY PUBLIC

Notarial Seal
Mary E. Mattox, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires June 16, 2005
Member, Pennsylvania Association of Notaries